IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
FAYETTEVILLE DIVISION

LORI L. BANKS                                           PLAINTIFF

V.                  NO. 09-5197

MICHAEL J. ASTRUE, Commissioner
of Social Security                                  DEFENDANT

## **J U D G M E N T**

For reasons stated in the Memorandum Opinion of this date, the Court hereby reverses the decision of the ALJ and remands this case to the Commissioner for further proceedings consistent with the opinion, pursuant to sentence four of 42 U.S.C. §405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 16st day of September, 2010.

*/s/ Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)